# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 25, 2006*

[Cite as *08/25/2006 Case Announcements,* 2006-Ohio-4369.]

## MOTION AND PROCEDURAL RULINGS

**1993–2179.   State v. Lundgren.**
Lake App. Nos. 90–L–15140 and 91–L–036. This cause came on for further consideration of the August 24, 2006, entry setting an execution date. Upon consideration thereof,

IT IS ORDERED by the court that the date set for execution is hereby modified. Accordingly,

IT IS FURTHER ORDERED by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 24th day of October, 2006, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Appeals for Lake County.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 28, 2006*

[Cite as *08/28/2006 Case Announcements,* 2006-Ohio-4389.]

## MOTION AND PROCEDURAL RULINGS

**2006–0151.   State v. Carswell.**
Warren App. No. CA2005–04–047, 2005-Ohio-6547. This cause is pending before the court as an appeal from the Court of Appeals for Warren County. Upon consideration of the motion of amicus curiae Lambda Legal Defense and Education Fund, Inc. for leave to participate in oral argument,

IT IS ORDERED by the court that the motion is denied.

**2006–0503.   In re Foster.**
Cuyahoga App. No. 85716, 2006-Ohio-88. This cause is pending before the court as a certified conflict involving parental rights on adoption from the Court of Appeals for Cuyahoga County. Upon consideration of the motion for leave of amicus curiae, Justice for Children Project, to participate in the oral argument scheduled for Wednesday, October 4, 2006,

IT IS ORDERED by the court that the motion is granted, and the amicus curiae shall share the time allotted to appellee.

**2006–0884.   St. Bernard Self–Storage LLC v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–T–1532. This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals. Upon consideration of the joint motion of appellee Hamilton County Auditor and appellant St. Bernard Self Storage LLC to stay the briefing schedule pending decision of appellee Hamilton County Auditor's motion to dismiss,

IT IS ORDERED by the court that the motion is granted.